NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIPCO, LLC,**
*Appellant*

**v.**

**EMERSON ELECTRIC CO.,**
*Appellee*

---

2021-1039, 2021-1040

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00545, IPR2019-00547.

---

## JUDGMENT

---

JASON E. STACH, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Atlanta, GA, argued for appellant. Also represented by BENJAMIN AARON SAIDMAN; JAMES R. BARNEY, CONSTANTINE GREGORY GRAMENOPOULOS, Washington, DC.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for appellee.  Also represented by JAMES RICHARD BATCHELDER, JAMES LAWRENCE DAVIS, JR., DANIEL W. RICHARDS, East Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and BRYSON, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 3, 2022                /s/ Peter R. Marksteiner
   Date                    Peter R. Marksteiner
                           Clerk of Court